B1 (Official Form 1) (4/10)

### UNITED STATES BANKRUPTCY COURT

### VOLUNTARY PETITION

| Name of Debtor (if individual, enter Last, First, Middle): **TONI ANITA GRAY** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **5280** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **1932 W. PRATT CHGO IL 60623** ZIP CODE **60626** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **COOK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **P.O. BOX A3973 CHGO IL 60690** ZIP CODE **60690** | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [X] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [ ] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [X] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [ ] 1-49 | [ ] 50-99 | [ ] 100-199 | [X] 200-999 | [ ] 1,000- 5,000 | [ ] 5,001- 10,000 | [ ] 10,001- 25,000 | [ ] 25,001- 50,000 | [ ] 50,001- 100,000 | [ ] Over 100,000 |

**Estimated Assets**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [X] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [X] $500,000,001 to $1 billion | [ ] More than $1 billion |

KENNETH S. GARDNER, CLERK

FILED
AUG 31 2011
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

B1 (Official Form 1) (4/10)                                                                                                          Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Toni Aniba Gray |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____   09-01-11
   Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)

Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): Toni Anita GRAY |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

Telephone Number (if not represented by attorney) 773 273-6249

Date 08/31/11

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
    Date   09-01-11

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**Signature of Attorney\***

X _____
    Signature of Attorney for Debtor(s)

_____
    Printed Name of Attorney for Debtor(s)

_____
    Firm Name

_____
    Address

_____
    Telephone Number

_____
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual

_____
    Printed Name of Authorized Individual

_____
    Title of Authorized Individual

_____
    Date

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re Toni Anita Gray
Debtor

Case No._____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

    ❏ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ❏ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: _____   08|31|11

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### __Northern__    District Of    __Illinois__

In re _Toni Anita Gray_ ,
       Debtor

Case No. _____

Chapter _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0 | | |
| B - Personal Property | YES | 3 | $ 15,000.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 0 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 10 | | $ 324,053.03   86,107.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 73 | | $ 650,375.095 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 950.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 1,685.00 |
| TOTAL | | 94 | $ 15,000.00 | $ 650,375.095 | |

$ 682,780,3.98

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re __Toni Anita Gray__.                                  Case No. _____
        Debtor

                                                            Chapter _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

      If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.
§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

      ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any
information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ Ø |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 437,591.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ Ø |
| Student Loan Obligations (from Schedule F) | $ 42,000.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ Ø |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ Ø |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 12,738.00 |
| Average Expenses (from Schedule J, Line 18) | $ 1,685.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 950.00 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ Ø |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 437,591.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4.  Total from Schedule F | 650,375.00 | $ |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

In re __Toni Anita Gray__.
      Debtor

Case No. _____
             **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |

Total➤ _____
(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re _Toni Anita GRAY_
    Debtor

Case No. _____
              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | $600.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | $80.00 |
| 6. Wearing apparel. | | | | $800.00 |
| 7. Furs and jewelry. | | | | $80.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | 0 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | 0 |
| 10. Annuities. Itemize and name each issuer. | | | | 0 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re _TONI ANITA GRAY_ ,
Debtor

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | Ø |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | Ø |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | Ø |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | Ø |
| 16. Accounts receivable. | X | | | Ø |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | Ø |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | Ø |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A -- Real Property. | X | | | Ø |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | Ø |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | Ø |

B6B (Official Form 6B) (12/07) -- Cont.

In re _Toni Anita GRAY_ ,                          Case No. _____
         Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | ⊗ | ART WORK - my own Designs - VAu 992-621 | | 1,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | Ø |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | Ø |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Lincoln Mercury 2008 - | | 10,000.00 |
| 26. Boats, motors, and accessories. | X | | | Ø |
| 27. Aircraft and accessories. | X | | | Ø |
| 28. Office equipment, furnishings, and supplies. | X | | | Ø |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | Ø |
| 30. Inventory. | X | | | Ø |
| 31. Animals. | X | | | Ø |
| 32. Crops - growing or harvested. Give particulars. | X | | | Ø |
| 33. Farming equipment and implements. | X | | | Ø |
| 34. Farm supplies, chemicals, and feed. | X | | | Ø |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | Ø |

_____ continuation sheets attached   Total▶ | $ | 11,000.00
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  _Toni Anita Gray_        Case No. _____
                 Debtor                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $136,875.
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2008 Lincoln Mercury | 735 ILCS 5/12-1001 (c) | $4,800.00 | $10,000.00 |
|  | 735 ILCS 5/12-1001 (b) | $4,000.00 |  |

B6D (Official Form 6D) (12/07)

In re _Toni Anita Gray_,     Case No. _____
                     **Debtor**                                    **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

 Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ___ continuation sheets ___ attached | | | Subtotal ▶ (Total of this page) | | | | $ | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) – Cont.

In re _Toni Anita Gray_,                    Case No. _____
            **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no __ of __ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ► (Total(s) of this page)     $                    $

Total(s) ► (Use only on last page)     $                    $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re ___Toni Anita Gray___,                    Case No._____
                 **Debtor**                                       **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

3

B6E (Official Form 6E) (12/07) – Cont.

In re _Toni Anita Gray_____ ,          Case No._____
                 **Debtor**                              **(if known)**

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use,
that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of
Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C.
§ 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a
drug, or another substance. 11 U.S.C. § 507(a)(10).


\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of
adjustment.




_____ continuation sheets attached

B6E (Official Form 6E) (12/07) – Cont.

In re _Toni Anita GRAY_____ ,     Case No. _____
         **Debtor**                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 357485280<br>Internal Rev. Serv.<br>230 So. Dearborn<br>CHgo, IL 60604<br>312-466-4912 | | | 12-31-2008 | | | | 23,788.39 | 23,788.39 | |
| Account No. 357486280<br>Internal Revenue Serv<br>230 So. Dearborn<br>CHgo, IL 60604<br>312-466-4912 | | | 12-31-2009 | | | | 1,633.00 | 1,633.00 | |
| Account No. 357485280<br>Internal Rev. Serv.<br>230 So Dearborn<br>Chgo, IL 60604<br>312-466-4912 | | | 12-31-2010 | | | | 1,116.00 | 1,116.00 | |
| Account No. 357485280<br>Internal Rev. Serv.<br>230 So. Dearborn<br>Chgo, IL 60604<br>312-466-4912 | | | 12-31-2010 | | | | 1,908.00 | 1,908.00 | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶<br>(Totals of this page) | $ 28,445.00 | $ 28,445.00 | |
| Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

17

B6E (Official Form 6E) (12/07) – Cont.

In re ___Toni Anita Gray___,            Case No. _____
          **Debtor**                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 357485280 INTERNAL REVENUE SERV 230 So. DEARBORN CHGO IL 60604 312-466-4912 | | | 12-31-1995 | | | | 1,926.00 | 1,926.00 | |
| Account No. 357485280 INTERNAL REVENUE SERV 230 So. DEARBORN CHGO IL 60604 312-466-4912 | | | 12-31-1994 | | | | 8,423.00 | 8,423.00 | |
| Account No. 357485280 INTERNAL REVENUE SERV 230 So. DEARBORN CHGO IL 60604 312-466-4912 | | | 12-31-1993 | | | | 6,231.00 | 6,231.00 | |
| Account No. 357485280 INTERNAL REVENUE SERV 230 So. DEARBORN CHGO IL 60604 312-466-4912 | | | 12-31-1992 | | | | 2,986.00 | 2,986.00 | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals ► (Totals of this page) | $ 19,566.00 | $ 19,566.00 | |
|---|---|---|---|---|
|  | Total ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Totals ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

B6E (Official Form 6E) (12/07) – Cont.

In re _Toni Anita Gray_____,    Case No. _____
              **Debtor**                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 357485280<br>Internal Revenue Serv<br>230 So. Dearborn<br>Chgo IL 60604<br>312-466-4912 | | | 12-31-1999 | | | | 2,846.00 | 2,846.00 | |
| Account No. 35748 5280<br>Internal Revenue Serv<br>230 So. Dearborn<br>Chgo IL 60604<br>312-466-4912 | | | 12/31/1998 | | | | 6,423.00 | 6,423.00 | |
| Account No. 357485280<br>Internal Revenue Serv<br>230 So. Dearborn<br>Chgo IL 60604<br>312-466-4912 | | | 12/31/1997 | | | | 3,111.00 | 3,111.00 | |
| Account No. 357485280<br>Internal Revenue Serv<br>230 So. Dearborn<br>Chgo IL 60604<br>312-466-4912 | | | 12/31/996 | | | | 4,282.00 | 4,282.00 | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶ (Totals of this page) | $16,662.00 | $16,662.00 |
| Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ |

9

B6E (Official Form 6E) (12/07) - Cont.

In re _Toni Anita Gray_____,    Case No. _____
          Debtor                                                     **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 357-485280<br>Internal Revenue Serv<br>230 So. Dearborn<br>Chgo, IL 60604<br>312-466-4912 | | | 12/31/2000 | | | | 2,340.00 | 2,340.00 | |
| Account No. 357485280<br>Internal Revenue Serv<br>230 So. Dearborn<br>Chgo, IL 60604<br>312-466-4912 | | | 12/31/2001 | | | | 3,682.00 | 3,682.00 | |
| Account No. 357485280<br>Internal Revenue Serv<br>230 So. Dearborn<br>Chgo, IL 60604<br>312-466-4912 | | | 12/31/2003 | | | | 2,149.00 | 2,149.00 | |
| Account No. 357485200<br>Internal Revenue Serv<br>230 So. Dearborn<br>Chgo, IL 60604<br>312-466-4912 | | | 12/31/2005 | | | | 4,623.00 | 4,623.00 | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶ (Totals of this page) | $ 12,794.00 | $ 12,794.00 | |
| Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B

B6E (Official Form 6E) (12/07) – Cont.

In re _Toni Anita Gray_,   Case No. _____
      Debtor                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 35748528O <br> IRS - INTERNAL REVENUE SERV <br> 230 So. DEARBORN <br> #2410 <br> Chicago, IL 60604 <br> 312-566-4912 | | | 12/31/1991 | | | | 8,640.00 | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals▶ (Totals of this page) | $ 8,640.00 | $ 8,640.00 | |
|---|---|---|---|---|
| | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

//

B6E (Official Form 6E) (12/07) – Cont.

In re Toni Anita Gray , Case No. _____
          Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 357485280 Internal Revenue Serv. 230 So. Dearborn CHGO IL 60604 312-466-4912 | | | 04/19/2010 | | | | 84,109.00 | 84,109.00 | |
| Account No. 357485280 Internal Revenue Serv. 230 So. Dearborn CHGO, IL 60604 312-466-4912 | | | 07/11/2009 | | | | 19,312.00 | 19,109.00 | |
| Account No. 357485280 Internal Revenue Serv. 230 So. Dearborn CHGO, IL 60604 312-466-4912 | | | 09/31/2010 | | | | 113,652.00 | 113,652.00 | |
| Account No. 357485200 Internal Revenue Serv. 230 So. Dearborn CHGO, IL 60604 312-466-4912 | | | 12/31/2008 | | | | 21,701.00 | 21,701.00 | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)   $ 125,235.65   $ 125,235.65

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

B6E (Official Form 6E) (12/07) – Cont.

In re Toni Anita Gray _____ ,     Case No. _____
       Debtor                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| TRACKING # Account No. 100100451785 INTERNAL REVENUE SERV 230 So. DEARBORN CHGO, IL 60604 312-466-4912 | | | 12-31-2002 | | | | $549.38 | 549.38 | |
| Account No. 357485280 INTERNAL REVENUE SERV 230 So. DEARBORN CHGO, IL 60604 312 466 4912 | | | 12-31-2004 | | | | 4,180.00 | 4,180.00 | |
| Account No. 357485280 INTERNAL REVENUE SERV 230 So DEARBORN CHGO, IL 60604 312 466 4912 | | | 12-31-2007 | | | | 86,280.00 | 86,280.00 | |
| Account No. 357485280 INTERNAL REVENUE SERV 230 S. DEARBORN CHGO, IL 60604 312 466 4912 | | | 08-19-2010 | | | | 21,701.00 | 21,701.00 | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)  $ 112,710.38   $ 112,710.38

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ 112,710.38

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $    $

B6F (Official Form 6F) (12/07) - Cont.

In re Toni Anita Gray
       Debtor

Case No. _____
                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 325504496 University of Chgo Medical Cente 15965 Collections Mar or Chgo 60693 | | | Granbor # 6236417 | | | | $2,167.00 |
| ACCOUNT NO. 779848-5 University of Chgo Medical Center 15965 Collections Ctr Chgo 60693 | | | #02 99359315 # 779848-5 VMC & Assoc P.O. Box 6035 Broadview IL 60155 | | | | $149.60 |
| ACCOUNT NO. 7832121-4 University of Chgo Hospitals - 15965 Collections Ctr Chgo IL 60693 | | | VMC & Assoc Inc P.O. Box 6035 Broadview IL 60155 | | | | $235.00 |
| ACCOUNT NO. 0 302483 540 University of Chicago Hospitals 15965 Collections Ctr Chgo 60693 | | | 0912537124 VMC & Assoc P.O. Box 6035 Broadview, IL 60155 1F 840783-2 | | | | $288.94 |
| ACCOUNT NO. 47418000250493 Bank of America 135 So. La Salle Chgo, IL 60603 312-443-2000 | | | | | | | 6,824.00 |

Sheet no. ___ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $

(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

(Use only on last page of the completed Schedule F.)

Total▶ $ 9,629.54

B6F (Official Form 6F) (12/07)

In re Toni Anita Gray,
Debtor

Case No. _____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 106635786 No. Shore Uni. Med. Grp 9532 Eagle Way Chgo Ill 60678 877 210 4351 | ✓ | | 3/15/2011 | | | | $4,041.41 |
| ACCOUNT NO. 105621250 No. Shore Uni. Med. Grp 9532 Eagle Way Chgo Ill 60678 877 210 4351 | | | | | | | $2,750.00 |
| ACCOUNT NO. 107095456 No. Shore MB Uni. Med. Gr 9532 Eagle Way Chgo Ill 60678 877-210-4351 | ✓ | | 7/12/2011 | | | | $4,249.53 |
| ACCOUNT NO. 106 892832 No. Shore Univ. Med Ctr 9532 Eagle way Chgo IL 60678 | ✓ | | 6/14/2011 | | | | $3,749.53 |

*Look Up To Confirm Accuracy.

___ continuation sheets attached

Subtotal ► $11,153.47

Total ► $11,153.47
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

4

B6F (Official Form 6F) (12/07)

In re _Toni Anita Gray_ ,
      Debtor

Case No. _____
            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 258188 | | | 08/17/2010 | | | | $879.00 |
| Midwest Ctr For Womens Health 4890 Paysphere Circle Chgo 60674 | | | | | | | |
| ACCOUNT NO. 297250 | | | 03/09/2011 | | | | $1,68.11 |
| Midwest Ctr For Womens Health 4890 Paysphere Circle Chgo 60674 | | | | | | | |
| ACCOUNT NO. 303384 | | | 05/10/2011 | | | | $1,090.45 |
| Midwest Ctr For Womens Health 4890 Paysphere Circle Chgo 60674 | | | | | | | |
| ACCOUNT NO. 302873 | | | 04/08/2011 | | | | $890.45 |
| Midwest Ctr For Womens Health 4890 Paysphere Circle Chgo - 60674 | | | | | | | |

Subtotal ► $

Total ► $ 4,540.01
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

_____ continuation sheets attached

5

B6F (Official Form 6F) (12/07) - Cont.

In re _Toni Anita Gray_,                                     Case No. _____
                    **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 72858546 MCI Communications | | | 04/19/2006 Penn Credit Corp #3146382 P.O. Box 988 Harrisburg, PA | | | | 1,662.74 |
| ACCOUNT NO. 002188484 30 Ordinary People, Extraordinary P.O. Box 24589 Lehigh Valley, PA - 18002 | | | 11/08/2009 Cisto 11/08/09 | | | | 122.00 |
| ACCOUNT NO. G103083594 Lincoln Park Hospt 23366 Network Place Chgo 60673 | 06/29/11 | | Lincoln Park Hospt 06/29/11 Me Ref Park 23366 Network Pl Chgo 60673 | | | | 1,338.00 |
| ACCOUNT NO. 881788129B Sound and Spirit P.O. Box 15630 Dept 99 Wilmington DE 19850 | | | Book Club Universe 19 Combine Place Brooklyn, NY 11235 10-03-2010 10/3/2010 | | | | 333.09 |
| ACCOUNT NO. 9930009 Northshore Univ. Health Sys 23056 Network Pl Chgo - 60673 | | | Pinnacle Mgt Serv 514 Market Loop Ste -103 West Dundee, IL 60118 | | | | 1,049.64 |

Sheet no.___of___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $

Total▶  $ 4,505.47
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

800-354-9103-payment

6

B6F (Official Form 6F) (12/07) - Cont.

In re _Toni Anita Gray_,
          Debtor

Case No. _____
                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 720 00 238507001 A RD 1E/94-Elliot's Sons 9333 N. Milwaukee Milwaukee, IL 60714 | | | RETRIEVAL MASTERS CREDITORS BUREAU 2269 South Mill RD 3 07/20/11 ELMSFORD NY 10523 | over due | | | $ 242.10 |
| ACCOUNT NO. 102 171218 3 DI/K/ES P.O. BOX 7857 PHILADELPHIA PA 19108 | | | DI/K/ES 07/25/11 2435 LA MIRADA DR Vista, CA 92081 07/25/11 | | | | $ 213.96 |
| ACCOUNT NO. 156144 TRADERS. COM 800 - 832 - 4642 | | | TECHNICAL Analysis 07/26/11 4757 California AVE SOUTH WEST SEATTLE, WA 98116 | | | | $ 249.95 |
| ACCOUNT NO. 88 7861-28C SOUND & SPIRIT P.O. Box 9511 INDIANAPOLIS, IN 46291-0511 | | | 02/25/07 | | | | $ 122.96 |
| ACCOUNT NO. 33 23123 UNIV. Chgo Physicians Group 75 REMITTANCE DR #1305 CHGO 60675 | | | 09/30/2002 MS Collection Co MS Financial ST AMT # 3-121917 66-323-0978 | | | | 879.4 |

Sheet no.___of___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $

Total ▶  $ 1708.44
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

8

B6F (Official Form 6F) (12/07)

In re Toni Anita Gray
_____Debtor_____

Case No. _____
                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2047 535.29<br>North Shore Univ Medical<br>9532 Eagle Way Group<br>Chgo Il 60678<br>105441094 | | | 05/10/11 | | | | 873.00 |
| ACCOUNT NO. 105260909<br>North Shore U. Med. Grp<br>9532 Eagle Way<br>Chgo IL 60678 | ✓ | | 10/26/201 | | | | $1,250⁰⁰⁄₁₀₀ |
| ACCOUNT NO. 105809.2333<br>North Shore Uni. Med. Grp<br>9532 Eagle Wy.<br>Chgo Ill. 60678 | ✓ | | 10/18/2011 | | | | $1,686⁵⁰⁄₁₀₀ |
| ACCOUNT NO. 105990925<br>North Shore Uni. Med. Grp<br>9532 Eagle Wy.<br>Chgo Ill. 60678 | ✓ | | 02/15/11 | | | | $2,823.⁷⁸⁄₁₀₀ |

_____continuation sheets attached

Subtotal▶  $

Total▶  $6,632.78
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

2

B6F (Official Form 6F) (12/07)

In re Toni Anita Gray ,                                   Case No. _____
       Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 105441094 <br> No. Shore Uni. Med Grp <br> 9532 Eagle Wy. <br> Chgo Ill 60678 | ✓ | | 11/23/2010 | | | | $2,736.00 |
| ACCOUNT NO. 106799312 <br> No. Shore Uni. Med. Grp <br> 9532 Eagle Way <br> Chgo Ill 60678 <br> 1-877-210 4351 | ✓ | | 03/15/2011 | | | | $4,223.78 |
| ACCOUNT NO. 106416749 <br> No. Shore Uni. Med Grp <br> 9532 Eagle Way <br> Chgo Ill 60678 <br> 877 210 4351 | ✓ | | 04/12/2011 | | | | $1,765.92 |
| ACCOUNT NO. 106416740 <br> No. Shore Uni. Med Grp <br> 9532 Eagle Way <br> Chgo Ill. 60678 <br> 1 877 210 4351 | ✓ | | 05/10/2011 | | | | 1,349.92 |

|  |  |  | Subtotal▶ | $10,075.60 |
|---|---|---|---|---|
| _____ continuation sheets attached | | | Total▶ | $10,075.60 |
| | | (Use only on last page of the completed Schedule F.) | | |
| | | (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

3

B6F (Official Form 6F) (12/07) - Cont.

In re __Toni Anitta Gray__,
         Debtor

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 693680583<br>ILLINOIS EYE INST<br>P.O. BOX 1010<br>TINLEY PK, IL 60477 | | | ICS<br># 11380081<br>P.O. Box 1010<br>Tinley PK IL<br>06/05/09 | | | | 366.28 |
| ACCOUNT NO. 080214646<br>UNIV. OF IL MEDICAL CTR<br>AT ILLINOIS<br>1801 W. Taylor St<br>CHGO   IL | | | 01/13/09 | | | | 871.43 |
| ACCOUNT NO. 35000367190Z<br>PEOPLES GAS CO.<br>301 EAST Randolph<br>CHGO IL<br>866-556-6001 | | | HARRIS & HARRIS<br>05/07/08 | | | | 2,247.47 |
| ACCOUNT NO. 3-0811699<br>NORTHWESTERN MED.<br>Foundation<br>680 NO LakeShore<br>CHGO 60611 | | | >312-695-9797<br>10/18/07 | | | | 8,137.66 |
| ACCOUNT NO.<br>BALU NATARAJam<br>P.O. Box 81047<br>CHGO, IL 60631<br>312-616-7778 (FAX) 312-276-4304 | | | 312-616-7778<br>FAX 312-276-4304<br>12/19/05 | | | | 1,029.87 |

Sheet no.___of___continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ _____

Total ▶ $ 12,653.21
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Toni Anita Gray_ ,
_____
Debtor

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 918 747 77 <br> Jackson Park Hospl. <br> P.O. Box 1886 <br> Harvey IL 60420 | | | 708-331-7800 <br><br> 04/06/06 | | | | 299.44 |
| ACCOUNT NO. 20090 11201 <br> SCAER STRESS <br> 1740 W Taylor <br> # C100 <br> CHGO IL 60612 | | | 12/15/08 <br><br> # 960249329 | | | | 1,112.69 |
| ACCOUNT NO. G030803594 <br> Lincoln Pk Hospt <br> 1738 Solutions Ctr <br> CHGO  60677 | | | 773-883-2743 <br><br> 10/25/05 | | | | 338.04 |
| ACCOUNT NO. <br> LVNV Funding LLC <br> Nieman Marcus <br> 737 No. Michigan <br> CHGO  312 642 5900 | | | NORTHLAND GROUP <br> P.O. Box 390846 <br> Edina MN. 55439 <br> 05/15/08 <br> 866-386-8783 | | | | 5,546.59 |
| ACCOUNT NO. 100 106 457 785 <br> Internal Revenue Serv. <br> 219 S. Dearborn <br> CHGO IL 60604 <br> #09 221 226 24443-13 | | | 12/31/02 | | | | 549.38 |

Sheet no.___ of___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $

Total▶ $  7,846.14
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___Toni Anita Gray,___                          Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0000626031 96 <br> NORTHWESTERN Mem Hospi <br> 251 East Huron <br> Chgo IL 60611 | | | William Blair <br> 11/02/03 | | | | 1,303.70 |
| ACCOUNT NO. 0000608160 65 <br> NORTHWESTERN Memorial Hospt <br> 251 East Huron <br> Chgo IL 60611 | | | 11/20/02 | | | | 2,838.00 |
| ACCOUNT NO. 00005987 5542 <br> NORTHWESTERN Mem. Hospt. <br> 251 East Huron <br> Chgo 60611 <br> 312-926-2000 | | | 08/05/03 | | | | 1,140.00 |
| ACCOUNT NO. 000058204 4462 <br> NORTHWESTERN Mem Hospi. <br> 251 East Huron <br> Chgo IL 60611 <br> 312-926-2000 | | | 08/16/03 | | | | 1,144.00 |
| ACCOUNT NO. 00005717 3585 <br> NORTHWESTERN Mem. Hospt. <br> 251 East Huron <br> Chgo IL 60611 | | | | | | | 140.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total➤ | $ 6,565.70
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Toni Anita Gray_ _____          Case No. _____
                    Debtor                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 000056555318 NORTHWESTERN HOSPT 251 EAST HURON CHGO IL 60611 | | | 06/16/03 | | | | 986.00 |
| ACCOUNT NO. 000056555318 NORTH WESTERN HOSPT 251 EAST HURON CHGO IL 60611 | | | 12/18/02 | | | | 658.26 |
| ACCOUNT NO. 000056227952 NORTHWESTERN HOSPT CHGO IL 60611 251 EAST HURON | | | 12/18/02 | | | | 1496.92 |
| ACCOUNT NO. 000056227952 NORTH WESTERN HOSPT CHGO IL 60611 251 E. HURON | | | WM. Blair 12/02/02 WM. Blair | | | | 878.00 |
| ACCOUNT NO. 000056158157 NORTHWESTERN HOSPT 251 EAST HURON CHGO IL 60611 | | | 11/25/02 | | | | 2,249.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $

Total▶  $ 6,268.12
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Toni Anita Gray,
_____
Debtor

Case No. _____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 000055190086<br>NORTHWESTERN HOSPT<br>251 EAST HURON<br>CHGO IL 60611 | | | 09/28/02 | | | | 1,181.50 |
| ACCOUNT NO. 0000519008C<br>NORTHWESTERN HOSPT<br>251 EAST HURON<br>CHGO 60611 | | | | | | | 934.00 |
| ACCOUNT NO.<br>NORTHWESTERN HOSPT<br>251 EAST HURON<br>CHGO 60611 | | | WM. Blaur<br>01/23/02 | | | | 1,175.00 |
| ACCOUNT NO. 000050981091<br>NORTHWESTERN HOSPT<br>251 EAST HURON<br>CHGO 60611 | | | 12/24/01 | | | | 1,164.00 |
| ACCOUNT NO.<br>NORTHWESTERN HOSPT<br>251 EAST HURON<br>CHGO IL 60011 | | | 12/24/01 | | | | 1,735.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $

Total► $ 6,189.50
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Toni Anita Gray__,
    **Debtor**

Case No. _____
     **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00005010981? | | | WM. Blain | | | | 134.00 |
| NORTHWESTERN HOSPT 251 EAST HURON CHGO 60611 | | | 10/24/01 | | | | |
| ACCOUNT NO. 000049750458 | | | Blue Cross Blue Shield | | | | 940.50 |
| NORTHWESTERN HOSPT 251 EAST HURON CHGO 60611 | | | 10/01/01 | | | | |
| ACCOUNT NO. 000049750058 | | | | | | | 842.00 |
| NORTHWESTERN HOSPT 251 EAST HURON CHGO 60611 | | | 12/01/01 | | | | |
| ACCOUNT NO. 000049750458 | | | | | | | 940.50 |
| NORTH WESTERN HOSPT 251 E. HURON CHGO 60611 | | | 10/01/01 | | | | |
| ACCOUNT NO. 000050563410 | | | | | | | 657.00 |
| NORTHWESTERN HOSPT 251 EAST HURON CHGO 60611 | | | 10/22/01 | | | | |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▸ | $

Total▸ | $ 3,514.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Toni Anita Gray_,
                    Debtor

Case No. _____
                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0000519069 1 NORTHWESTERN HOSPT 251 EAST HURON CHGO IL 60611 | | | Wm. Blair . 10/22/01 | | | | 1,726.50 |
| ACCOUNT NO. 0000519008 6 NORTHWESTERN HOSPT 251 EAST HURON CHGO IL 60611 | | | 12/19/01 | | | | 1,176.50 |
| ACCOUNT NO. 0000519008 6 NORTH WESTERN HOSPT 251 EAST HURON CHGO 60611 | | | 12/24/01 | | | | 934.00 |
| ACCOUNT NO. 0000561581 7 NORTHWESTERN HOSPT 251 EAST HURON CHGO 60611 | | | 09/28/02 | | | | 769.20 |
| ACCOUNT NO. 0000561581 7 NORTH WESTERN HOSPT 251 EAST HURON CHGO 60611 | | | 11/25/02 | | | | 1,769.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $

Total▶ | $ 6,375.28
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Toni Anita Gerry,_ _____     Case No. _____
                    Debtor                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00005622795 2 <br> NORTHWESTERN HOSPT <br> 251 EAST HURON <br> CHGO IL 60611 | | | Wm. BLAIR <br><br> 11/25/02 | | | | 378.93 |
| ACCOUNT NO. 00005622795 2 <br> NORTHWESTERN HOSPT <br> 251 EAST HURON <br> CHGO IL 60611 | | | 12/02/02 | | | | 978.93 |
| ACCOUNT NO. 00005655378 <br> NORTHWESTERN HOSPT <br> 251 EAST HURON <br> CHGO IL 60611 | | | 12/18/02 | | | | 869.20 |
| ACCOUNT NO. 00005655378 <br> NORTHWESTERN HOSPT <br> 251 EAST HURON <br> CHGO IL 60611 | | | 12/18/02 | | | | 658.20 |
| ACCOUNT NO. 00005173585 <br> NORTHWESTERN HOSPT <br> 251 EAST HURON <br> CHGO IL 60611 | | | 01/24/03 | | | | 140.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  | $

Total▶  | $ 3,025.26
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Toni Anita Cary_ ,                                    Case No. _____
                    **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0000605565 NORTHWESTERN HOSPT 251 EAST HURON CHGO 60611 | | | Wm. Black 08/05/03 | | | | 2,324.00 |
| ACCOUNT NO. 00005615851 NORTHWESTERN HOSPT 251 EAST HURON CHGO 60611 | | | 11/25/02 | | | | 1,869.00 |
| ACCOUNT NO. 0000562279.52 NORTHWESTERN HOSPT 251 EAST HURON CHGO 60611 | | | 12/18/02 | | | | 1,392.40 |
| ACCOUNT NO. 00005655370 NORTHWESTERN HOSPT 251 EAST HURON CHGO 60611 | | | 12/18/02 | | | | 1,469.20 |
| ACCOUNT NO. 00005715585 NORTHWESTERN HOSPT 251 EAST HURON CHGO, 60611 | | | 01/24/03 | | | | 140.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $

Total▶  $  7,194.60
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

9

B6F (Official Form 6F) (12/07) - Cont.

In re _Toni Ant A Cray_, 
　　　　　Debtor

Case No. _____
　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00005998535 Northwestern Hospt 251 East Huron Chgo IL 60604 | | | 01/24/03 | | | | 142.00 |
| ACCOUNT NO. 0000582004462 Northwestern Hospt 251 East Huron Chgo IL 60604 | | | 03/19/03 | | | | 140.00 |
| ACCOUNT NO. 00005987554 North Western Hospt 251 East Huron Chgo IL 60604 | | | 06/16/03 | | | | 140.00 |
| ACCOUNT NO. 0000608150565 Northwestern Hospt 251 East Huron Chgo IL 60604 | | | 08/04/03 | | | | 3,838.00 |
| ACCOUNT NO. 000062603096 North Western Hospt 251 East Huron Chgo, 60604 | | | Wm. Black | | | | 373.70 |

Sheet no.___of___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 

Total▶  $ 4,633.2?

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Toni Anita Emry_,
　　　　　　Debtor

Case No. _____
　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00006262976<br>Northwestern Hospt<br>251 E. Huron<br>Chgo 60611 | | | 11/02/03 | | | | 309.70 |
| ACCOUNT NO. 000020079302<br>Northwestern Hospt<br>251 E. Huron<br>Chgo 60611 | | | 04/19/04 | | | | 723.60 |
| ACCOUNT NO. 55014-0116<br>Internal Revenue<br>251 E. Huron<br>Chgo 60611 | | | 05/19/10 | | | | 21,701.00 |
| ACCOUNT NO. 10106 451785<br>Internal Revenue<br>219 So. Dearborn<br>Chgo 60604 | | | 12/31/07 | | | | 84,410.00 |
| ACCOUNT NO. 10106 451785<br>Internal Revenue<br>219 So. Dearborn<br>Chgo Il 60604 | | | 12/31/04 | | | | 1,515.54 |

Sheet no.___of___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ | $

Total➤ | $ 108,659.24
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Toni Anita GRAY ,
_____
Debtor

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 40889657 UNiversal Fidelity P.O. Box 940880 Houston TX 77094 | | | 07/25/11 CREAtive Home Arts Club - 07/25/11 P.O. Box 941911 Houston TX 77094 # 05-OCT-482-2907 | | | | # 124.00 |
| ACCOUNT NO. E BE 030833574 Webster Emerg. Physicians P.O. Box 8220 Philadelphia, PA 19101 12/31/2005 | | | 06/31/05 NCO Financial Serv. P.o. Box 17095 Wilmington, Delaware 19850 877-297-9409 | | | | # 1,113.53 |
| ACCOUNT NO. 114 7107 0634 MEDICAL SERV EN Q DEP 4569 CAROL STREAM IL 01/18/10 60132 | | | 01/18/2010 ALMA BOYLES 312-926-5796 REHAbilitation of CHGo - 01/18/11 866-239-3271 | | | | # 297.18 |
| ACCOUNT NO. 138008 ILLINOIS EYE INST. 3241 So Michigan CHGo 60616 312-949-7218 | | | I C S #195467 P.O. Box 1010 Tinley PARK, IL 07/26/11 708-229-7450 60477 | | | | # 1,289.60 |
| ACCOUNT NO. CARSON P. SCOTT 331 WEST WISCONSIN Milwaukee, WI 53203 | | | BOARD OF COllection's AcCT# 328746 AcCT # 130000000-121946396 P.O.Box 1022 312-279-8300 800-326-6333 WIX COM, MI 48393 | | | | # 3,703.92 |

Sheet no.___of___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Total ▶ | $ 6 508.23

9

B6F (Official Form 6F) (12/07) - Cont.

In re _Toni Anita GRAY_,   Case No. _____
       Debtor                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 20B2B1958-1011 <br> Associated Publishers <br> 355 Industrial Circle <br> White City, OR 97503 <br> 1-866-221-0068 | | | Associated Publisher <br> 07/26/11 | | | | $256.48 |
| ACCOUNT NO. GRAY 0002 <br> BALU WATARAJAN <br> 1711 WEST NO. AVE <br> #202 <br> CHGO FL 60610 | | | 02/19/06 <br> 06/29/11 <br> 312-616-7778 | | | | $229.87 |
| ACCOUNT NO. 165 214 3365 <br> Virgin Records <br> 5757 Wilshire Blvd <br> Los Angeles, CA <br> #300    90036 | | | #1652143365 <br> LABRERA & ASSOC <br> 360 ROUTE 303 <br> #209 <br> Orangeburg, NY 10962 | | | | $1,141.30 |
| ACCOUNT NO. 656800/99068 <br> CRAINS CHGO Bus. <br> 360 No. Michigan Ave <br> CHGO    60601 | | | 07/26/11 | | | | $723.45 |
| ACCOUNT NO. 52 406203 <br> Cooking Club of Amer. <br> P.O. BOX 3401 <br> Minnetonka, MN <br> 55343 | | | Cooking Club of Amer. <br> 1231 White Water DR. <br> 07/26/11 <br> 1-888-850-8202 | | | | $124.00 |

Sheet no.___of___continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $

Total▶ | $ 2,175.10
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

10

B6F (Official Form 6F) (12/07) - Cont.

In re __Toni  Anita  Gray__,   Case No. _____
        Debtor                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 08052640530<br>Merchants Credit<br>312-470-2610<br>Chris Miller-312-470-2610<br>Chgo IL | | | 7/26/11 | | | | 215.46 |
| ACCOUNT NO. 08652266<br>Black Expression<br>RJM. Acquisitions<br>575 Underhill Blvd<br># 224<br>Syosset, NY 11791 | | | 5/24/11 | | | | 287.35 |
| ACCOUNT NO. 159884679<br>Wolpoff & Abramson<br>Two Irvington Ctr<br>702 King Farm Blvd<br>Rockville, MD 20850<br>240-386-3200 | | | 7/27/11 | | | | 2,464.08 |
| ACCOUNT NO. 357485280<br>US Dept. of Education<br>National Payment Ctr<br>P.O. Box 4169<br>Greenville TX 75403-4169 | | | 8/15/11 | | | | 44,455.43 |
| ACCOUNT NO. | | | | | | | 3,648.05 |

516-714-1310

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $

Total▶ | $ 51069.37
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Toni Anita Gray_____,          Case No. _____
                Debtor                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0802146646=0372 <br> Univ. of IL. Med Ctr. <br> P.O. Box 12199 <br> Chgo IL 60612-0199 | | | 10/24/00 <br> 773-702-1150 | | | | $6,204.00 |
| ACCOUNT NO. 3-323123 <br> Univ. of Chgo <br> Physicians Group <br> 75 Remittance Dr <br> Chgo 60675 | | | 01/24/11 | | | | $1330.89 |
| ACCOUNT NO. 3-6442016 <br> Univ. of Chgo Physician Group <br> 75 Remittance Dr <br> Chgo 60675 | | | 06/23/00 <br> 773-702-1150 | | | | $239.00 |
| ACCOUNT NO. <br> Univ. of Chgo Physician Group <br> 75 Remittance Dr #1385 <br> Chgo 60675 | | | 05/29/00 <br> 773-702-1150 | | | | $243.23 |
| ACCOUNT NO. 3-6462016 <br> Univ. of Chgo <br> Physicians Group <br> 75 Remittance Dr <br> Chgo 60675 | | | 773-702-1150 | | | | 277.34 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $

Total▶ | $ 8,294.96
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

15

B6F (Official Form 6F) (12/07) - Cont.

In re  TONi ANiTA GRAY  ,                    Case No. _____
           Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3-6442016 UNIV OF CHGO PHYSICIANS GROUP 73 REMITTANCE DR 02 # CHGO IL 60675 | 1385 | | INVOICE # 3-7711010 09/21/09 773-702-1150 | | | | $228.07 |
| ACCOUNT NO. 325504496 U.O.C. MEDICAL CTR 15945 COLLECTIONS GTR DR CHGO 60693 | | | INVOICE # GRANTOR # 656417 DATE ON SEV-11/3/2010 03/101/11 773-702-1150 | | | | $2,676.00 |
| ACCOUNT NO. 302483540 U.O.C. MEDICAL CTR 1122 PAYSHERE CIRCLE CHGO 60674 | | | # 01300294 07/25/08 | | | | $286.00 |
| ACCOUNT NO. 299292/28 U.O.C. MEDICAL CTR 1122 PAYSHERE CIRCLE CHGO 60674 | | | # 01300294 01/28/09 | | | | $206.00 |
| ACCOUNT NO. 299292128 U.O.C. MEDICAL CTR 1122 PAYSHERE CIRCLE CHGO 60674 | | | 03/10/08 773-702-6664 | | | | $689.00 |

Sheet no.___of___continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $

Total▶ $ 4,085.07
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

16

B6F (Official Form 6F) (12/07) - Cont.

In re Toni Anita Gray ,
_____
   Debtor

Case No. _____
        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 302483340 V.O.C. MEDICAL CTR 1122 PAYSHERE DR CH4GO 60674 | | | 11/29/08  773-702-6664 | | | | 486.48 |
| ACCOUNT NO. 299059315 V.O.C MEDICAL CTR 1122 PAYSHERE CIR. CH4GO 60674 | | | 03/13/08  773-702-6664 | | | | $392.00 |
| ACCOUNT NO. 312490261 V.O.C MEDICAL CTR 1122 PAYSHERE CIR CH490 60674 | | | 773-702-6664 | | | | $1,611.00 |
| ACCOUNT NO. 299292128 V.O.C MEDICAL CTR 1122 PAYSHERE CIRCLE CH4GO 60674 | | | # 302483540  773-702-6664 | | | | $492.00 |
| ACCOUNT NO. V.O.C MEDICAL CTR 1122 PAYSHERE CIRCLE CH4GO 60674 | | | 773-702-6664 | | | | 206.00 |

Sheet no.___of___continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $

Total▶ | $ 3,187.48
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

17

B6F (Official Form 6F) (12/07) - Cont.

In re __Toni Anita Gray__,
　　　　　Debtor

Case No. _____
　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2992 8003 2 <br> U.O.C. Medical Ctr <br> 1122 Payshere Circle <br> CA60 60674 | | | HIST # 01300294 <br><br> 773-702-6664 | | | | $390.00 |
| ACCOUNT NO. 8125 37/24 <br> U.O.C medical Ctr <br> 1122 Payshere Cir. <br> CH60 60674 | | | 773-702-6664 | | | | $1,744.05 |
| ACCOUNT NO. 3 2550 496 <br> U.O.C Medical Ctr <br> 15965 Collectins Dr <br> CH90 60693 | | | 773-702-6664 | | | | $2,434.27 |
| ACCOUNT NO. 29 359 315 <br> U.O.C. Medical Ctr <br> 1122 Pay shere Cir <br> CH90 60674 | | | 773-702-6664 | | | | $1,392.74 |
| ACCOUNT NO. 3-323/23 <br> U.O.C Physician Group <br> P.O. Box 75307 <br> Chgo 60675 | | | 773-702-1150 | | | | $96.00 |

Sheet no.___of___continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $

Total▶  $ 6,057.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

18

B6F (Official Form 6F) (12/07) - Cont.

In re _Toni Anita Gray_ ,
      Debtor

Case No. _____
             (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 09 09362 242 590<br>Chicago Imaging Assoc<br>3r 515 Treasury Ctr<br>CHGO - 60694 | | | CMS - Center for Medical and Medicare Serv.<br>12/12/09 | | | | $57.86 |
| ACCOUNT NO. 09 09362667 70<br>Emergency Phys Mgt<br>P.O. Box 5940<br>Dept 20-1110<br>Carol Stream, IL 60197 | | | Center for Medicare and Medical Serv<br>12/12/09 | | | | $291.00 |
| ACCOUNT NO. 09 09327 443 480<br>Northwestern Med.<br>Foundation<br>P.O. Box 75601<br>CHGO 60675 | | | CMS Center for Medical and Medicare Serv.<br>11/12/09 | | | | $114.00 |
| ACCOUNT NO. 09 09329 110 640<br>Northwestern Med<br>Foundation<br>P.O. Box 75601<br>CHGO IL 60675 | | | CMS Center for Medical and Medicare Serv.<br>11/12/09 | | | | $471.00 |
| ACCOUNT NO. 0 9 09329 110 -630<br>Northwestern Med Foun.<br>P.O. Box 75601<br>CHGO 60675 | | | CMS Center for Medical and Medicare Serv<br>11/03/09 | | | | $215.00 |

Sheet no. ___ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $

Total ► | $ 141.86
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

19

B6F (Official Form 6F) (12/07) - Cont.

In re  TONI Anita GRAY ,
_____
        Debtor

Case No. _____
              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 209.3650045440IAA NORTHWESTEN MER HOSPT 259 E ERIE ST CH90 - 60611 | | | 11/12/09 | | | | $ 10,057.15 |
| ACCOUNT NO. 2093520025270 ST JOSEPHS Hospital 2900 No. LAKESHORE CH60 60657 | | | 12/12/09 | | | | $ 1,042.50 |
| ACCOUNT NO. 1000.8927928000 RESURRECTION SERV CRD 5747 Dempster ST Morton Grove IL 60053 | | | 12/13/09 (13) | | | | $ 94.38 |
| ACCOUNT NO. 0210085652910 City OF CH90 33589 TRESURY CTR CH90 60694 | | | 11/12/09 | | | | $ 651.00 |
| ACCOUNT NO. 0310088008040 PIANO OPTOMETRICS 5401 So Wentworth CHego IL 60609 | | | 3/19/10 | | | | $ 65.00 |

Sheet no.___of___continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 11,910.03

Total▶  $ 11,910.03
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

20